STEPHEN MANKO, Respondent, v. CITY OF BUFFALO et al., Appellants.— Order reversed on the law, without costs of this appeal to any party, and motion granted, without costs. All concur, except Cunningham, P. J., and Harris, J., who dissent and vote for affirmance. (The order denies defendants' motion to dismiss the second cause of action in plaintiff's complaint.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ.

GERTRUDE M. DRAPER, Respondent, v. GEORGE C. RILEY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies defendant's motion to vacate a judgment in favor of plaintiff, entered after trial before DIAMOND, J., and a jury, and for a new trial, in an action to recover money alleged to have been converted by defendant to his own use.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ.